# United States Court of Appeals
## For the First Circuit

No. 01-2296

CARMEN GLORIA SANTOS ESPADA

Plaintiff, Appellee,

v.

JAIME CANCEL LUGO

Defendants, Appellants.

ERRATA SHEET

The opinion issued on December 2, 2002 is amended as follows:

On page 5, line 12, the opinion says the date of accrual should be "no later than" May 30, 1999. That phrase should instead read "no earlier than" May 30, 1999.